OPINION — AG — THE JUSTICE OF THE PEACE MAY NOT LAWFULLY CHARGE AND COLLECT FOR A TRANSCRIPT ON APPEAL BY TRANSCRIPT FROM HIS COURT, IN ADDITION TO A FEE OF .75 CENTS FOR TRANSCRIPT OF DOCKET ENTRY, A SEPARATE FEE OF .50 CENTS FOR HIS CERTIFICATE OF SUCH TRANSCRIPT. CITE: 28 O.S.H. 51, 39 O.S.H. 51, 39 O.S.H. 214, 39 O.S.H. 227, 39 O.S.H. 454 (E. J. BROADDUS)